LETITIA ROY, Respondent, *v.* LOUIS FLAXMAN et al., Appellants.

Reported below, 138 App. Div. 926.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 31, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside a deed of real property.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and the exceptions frivolous.

*L. Harding Rogers, Jr.,* for motion.

*N. E. Betjeman* opposed.

Motion denied, with ten dollars costs.